

# United States District Court
# Eastern District of California

| Plaintiff(s): United States |
|---|

V.

| Defendant(s): Sinister Manufacturing Co., Inc. |
|---|

Case Number: 2:23-cv-01580-JAM-JDP

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Nicole E. Noelliste** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Sinister Manufacturing Co., Inc.

On **07/07/2017** (date), I was admitted to practice and presently in good standing in the **District of Columbia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/09/2023              Signature of Applicant: /s/ Nicole E. Noelliste

**Pro Hac Vice Attorney**

Applicant's Name: Nicole E. Noelliste
Law Firm Name: Sidley Austin LLP
Address: 1501 K Street, NW

City: Washington   State: DC   Zip: 20005
Phone Number w/Area Code: (202) 736-8680
City and State of Residence: Rockville, MD
Primary E-mail Address: nnoelliste@sidley.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian J. Stretch
Law Firm Name: Sidley Austin LLP
Address: 555 California Street
Suite 2000
City: San Francisco   State: CA   Zip: 94104
Phone Number w/Area Code: (415) 772-1227   Bar #: 163973

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 09, 2023         /s/ John A. Mendez
                               JUDGE, U.S. DISTRICT COURT