UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SINISTER MANUFACTURING COMPANY, INC.**<br><br>Defendant. | ) ) ) ) ) ) ) ) ) Civ. A. No. 2:23-cv-01580-JAM-JDP ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of the United States' Unopposed Motion for Extension of Time, Dkt. 13, (the "Motion"), the Motion is hereby **GRANTED**. It is hereby **ORDERED** that the United States file either a motion to enter the proposed Consent Decree in this matter, Dkt. No. 2-1, or a notice of withdrawal, not later than **October 1, 2023**.

SO ORDERED.

Dated: August 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE