TODD KIM
Assistant Attorney General
Environment and Natural Resources Div.
United States Department of Justice

Eric D. Albert, Senior Attorney
Joanna Citron Day, Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Div.
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
202-514-2800 (direct)
Eric.Albert@usdoj.gov

Attorneys for Plaintiff the United States

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Civ. A. No. 2:23-cv-01580-JAM-JDP** |
| **SINISTER MANUFACTURING COMPANY, INC.** | **ORDER** |
| Defendant. | |

**ORDER APPROVING UNITED STATES' UNOPPOSED MOTION TO ENTER CONSENT DECREE**

This matter comes before the Court on the United States' Unopposed Motion to Enter Consent Decree, Dkt. No. 15 (the "Motion"). The Court has reviewed the Consent Decree, Dkt. No. 4-1 (the "Consent Decree"), for procedural and substantive fairness, reasonableness, and consistency with the Clean Air Act, 42 U.S.C. § 7401 et seq. See United States v. Oregon, 913 F.2d 576, 580 (9th Cir.1990); United States v. Cannons Eng'g Corp., 899 F.2d 79, 84 (1st Cir. 1990); United States v. Chevron U.S.A., Inc., 380 F. Supp. 2d 1104, 1110–11 (N.D. Cal. 2005). Having fully considered the Motion, the United States' Memorandum in Support thereof, Dkt. No. 15-1, and the Consent Decree, the Court hereby **GRANTS** the Motion.

**WHEREFORE**, it is hereby **ORDERED THAT THE MOTION IS APPROVED.**

The Court will enter the Consent Decree separately via its signature on Page 41 thereof.

The hearing set for 10/31/2023 is **VACATED**.

**SO ORDERED.**

Dated: October 02, 2023            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE